UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERT SPELLS,<br>    Plaintiff,<br>v.<br>BRAD SMITH, et al.,<br>    Defendants. | Case No. 13-cv-04102-WHO<br><br>**ORDER EXTENDING TIME** |

Defendants' motion to extend time to file a dispositive motion (Docket No. 22) is GRANTED. Such dispositive motion shall be filed on or before June 30, 2014. Because the dispositive motion is a response to the complaint, plaintiff's motion to compel defendants to answer his complaint (Docket No. 25) is DENIED as premature.

The Clerk shall terminate Docket Nos. 22 and 25.

**IT IS SO ORDERED.**

**Dated:** March 19, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERT SPELLS,<br><br>          Plaintiff,<br><br>  v.<br><br>BRAD SMITH et al,<br><br>          Defendant. | Case Number: CV13-04102 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Evert Spells
San Quentin State Prison
P-16692
San Quentin, CA 94974

Dated: March 19, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk