# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the Court hereby orders:

1.  All parties shall fulfill their obligations under the November 18, 2015 settlement agreement without the need for a written version of the agreement.

2.  

    a.
    b.
    c.
    d.

3.  Consistent with the Court's prior order (Dkt. No. 55), Sheppard, Mullin, Richter & Hampton LLP's limited scope pro bono representation of Plaintiffs has concluded.

4.  These four lawsuits are hereby dismissed in their entirety with prejudice, with the parties each to bear their own costs and fees.

IT IS SO ORDERED:

Dated: March 6, 2016
       APRIL

_____
EDWARD M. CHEN
United States District Judge

*Carter v. Smith, et al.*
Stip. Re Settlement & Dismissal

Case No. 3:13-cv-04373
Carter/p/StipReSett 16c14

3